THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNILLE JANKAUSKAS,<br><br>                    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>                    Defendant. | Case No. 2:18-cv-1624-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL |

THIS MATTER came before the Court on Defendant's Motion to File Settlement Agreement Under Seal. The Court having reviewed the pleadings and files filed herein and finding good cause for the requested relief,

IT IS HEREBY ORDERED that the Motion to File Settlement Agreement Under Seal is hereby GRANTED and the Settlement Agreement may be filed under seal.

It is so Ordered.

DATED: 17 March 2019

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING MOTION TO FILE SETTLEMENT
AGREEMENT UNDER SEAL - 1
No. 2:18-cv-1624-JLR

120192.0196/7572826.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1 | Presented by:

2 | LANE POWELL PC

3 |

4 | By *s/Charles C. Huber*
   D. Michael Reilly, WSBA No. 14674
   Charles C. Huber, WSBA No. 18941
5 | Attorneys for Defendant Life Insurance
   Company of North America

6 |

7 |

Approved as to form; Notice of Presentation
8 | Waived:

9 | THE LAW OFFICE OF MEL CRAWFORD

10 |

By_____
11 |    Melton L. Crawford, WSBA No. 22930
   Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION TO FILE SETTLEMENT
AGREEMENT UNDER SEAL - 2
No. 2:18-cv-1624-JLR

120192.0196/7572826.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107