THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNILLE JANKAUSKAS,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

Case No. 2:18-cv-1624-JLR

[~~PROPOSED~~] ORDER OF DISMISSAL

The parties having stipulated that Plaintiff's claims against Defendant in the above-entitled matter be dismissed with prejudice and without additional fees, costs, or payments of any other sums of any kind or description; and the Court being fully advised in the premises; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is dismissed with prejudice and without costs.

DATED: May 13, 2019

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1
No. 2:18-cv-1624-JLR

120192.0196/7668845.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

Presented by:

LANE POWELL PC

By  *s/Charles C. Huber*
   D. Michael Reilly, WSBA No. 14674
   Charles C. Huber, WSBA No. 18941
Attorneys for Defendant Life Insurance Company of North America

Approved as to form; Notice of Presentation Waived:

THE LAW OFFICE OF MEL CRAWFORD

By *s/Melton L. Crawford per electronic authorization*
   Melton L. Crawford, WSBA No. 22930
Attorneys for Plaintiff

ORDER OF DISMISSAL - 2
No. 2:18-cv-1624-JLR

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

120192.0196/7668845.1